NO. 07-07-0247-CR


NO. 07-07-0248-CR


NO. 07-07-0249-CR


NO. 07-07-0250-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



JULY 6, 2007



______________________________




BETTY JO LEONARD, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;



NOS. 54,855-D; 55,454-D; 55,498-D; 55,604-D; HONORABLE DON EMERSON, JUDGE


_______________________________



Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION


 Pending before this Court are Appellant Betty Joe Leonard's motions to dismiss the
above referenced appeals. As required by Rule 42.2(a) of the Texas Rules of Appellate
Procedure, the motions are signed by Appellant and her attorney. No decisions of this
Court having been delivered, the motions are granted and the appeals are dismissed. No
motions for rehearing will be entertained and our mandates will issue forthwith.

 Accordingly, the appeals are dismissed.

 Patrick A. Pirtle

 Justice




Do not publish.



p. 1998). 

 Appellant proceeded to trial and was found guilty by a jury. The judgment was
entered on July 10, 1997. At the time of appellant's conviction and the execution of the
judgment, appellant was required to give notice of appeal within 30 days after the day the
trial court entered an appealable order. Tex. R. App. P. 41(b)(1), 52 Tex. Bar J. 893
(Tex.Crim.App. 1989) (amended 1997) (current version at Tex. R. App. P. 26.2(a)). 
Appellant filed his notice of appeal on April 25, 2006. Appellant's failure to file a timely
notice of appeal prevents this court from having jurisdiction over his appeal. Slaton, 981
S.W.2d at 210. Consequently, the appeal is dismissed for want of jurisdiction. 

 

 Mackey K. Hancock

 Justice




Do not publish.